UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WALKER, | ) | 1:09-cv-02054 MJS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION REQUESTING RULING |
| v. | ) | |
| | ) | [Doc. 4] |
| MATTHEW CATE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 28, 2009, Petitioner filed a notice and motion requesting a ruling on the pending petition for writ of habeas corpus.

Petitioner has an action pending before this Court.  However, it appears that his current motion actually is directed to a writ of habeas corpus pending before the Fresno County Superior Court.

To the extent Petitioner is requesting the petition in this case to be heard on an expedited basis, the Court does not have an expedited calendar.  It acts to resolve all pending cases in the most efficient manner possible, but its docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

///

Accordingly, Petitioner's motion requesting ruling in the pending petition for writ of

1  habeas corpus is DENIED.

4  IT IS SO ORDERED.

5  Dated:   June 25, 2010              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE